IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SUNWEST SILVER, INC.,
a New Mexico corporation,

      Plaintiff,

vs.                                  Civ. No. 97-838 PJK/WWD

INTERNATIONAL CONNECTION, INC.,
a foreign corporation,

      Defendant.

MEMORANDUM OPINION AND ORDER OF STAY

      This matter came before the Court for a Rule 16 scheduling conference on December 10, 1997. Since a fully briefed motion to dismiss was filed with the Court on November 21, 1997, I indicated to the parties that discovery would be stayed for thirty (30) days pending the ruling on the motion to dismiss. Plaintiff's counsel indicated that additional discovery was needed to address the jurisdictional question; however, I declined to authorize any discovery since the motion to dismiss had been submitted. Plaintiff's counsel indicated that he would file an objection to the stay. I informed counsel that I would notify the trial judge that this order was being entered, and that objections to this order would be made, and I have done so.

      **WHEREFORE,**

      **IT IS ORDERED** that all discovery in this cause, be, and it is hereby, stayed until and including <u>JANUARY 9, 1998</u>.

                                                            UNITED STATES MAGISTRATE JUDGE